IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    _____
                                   (Applicant's Signature)

Plainiff, Alex Veman
                                   _____
                                   (Date)

Name of Applicant's Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    _____
            (Date)                     (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

_____  _____  _____  _____
(Sponsor's Name)              (Sponsor's Signature)           (Admission date)              (Attorney
                                                                                                                                                                                          Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
              (Date)                                          (Sponsor's Signature)

## ADDENDUM TO PRO HAC VICE APPLICATION

In addition, to the Courts disclosed on my application, I am also admitted and in good standing with the following courts:

*State:*

| | | |
|---|---|---|
| State of New Jersey/Supreme Court | 000272012 | (05/10/2012) |
| State of NY/Supreme Ct/App Div. | 5054465 | (06/19/2012) |

*Federal:*

| | | |
|---|---|---|
| District Court of New Jersey | AR2870 | (05/14/2012) |
| Southern District of New York | AR3228 | (07/08/2013) |
| Eastern District of New York | AR2870 | (07/22/2013) |
| Northern District of New York | 519135 | (12/29/2014) |
| 2nd Circuit of Appeals | No Bar # | (04/01/2015) |
| Western District of New York | No Bar # | (04/01/2015) |
| Eastern District of Wisconsin | 5054465 | (12/08/2015) |
| Western District of Wisconsin | 5054465 | (12/14/2015) |
| 11th Circuit Court of Appeals | No Bar # | (03/14/2016) |
| Southern District of Illinois | No Bar # | (04/15/2016) |
| Eastern District of Michigan | No Bar # | (05/16/2016) |
| Western District of Texas | No Bar # | (07/13/2016) |
| Northern District of Illinois | No Bar # | (07/13/2016) |
| Eastern District of Missouri | 5054465NY | (08/11/2016) |
| 5th Circuit Court of Appeals | No Bar # | (03/01/2017) |
| Eastern District of Arkansas | No Bar # | (10/19/2017) |
| Western District of Arkansas | No Bar # | (10/19/2017) |
| 9th Circuit of Appeals | No Bar # | (01/17/2018) |
| Eastern District of Oklahoma | No Bar # | (05/15/2018) |
| Northern District of Texas | No Bar # | (09/19/2018) |
| District Court of Colorado | No Bar # | (10/09/2018) |
| District Court of Connecticut | ct30622 | (11/05/2018) |
| District Court of New Mexico | No Bar # | (02/21/2020) |
| Supreme Court of the United States | No Bar # | (03/02/2020) |
| Western District of Michigan | No Bar # | (04/03/2020) |
| Western District of Tennessee | No Bar # | (06/18/2020) |
| 3rd Circuit Court of Appeals | No Bar # | (06/18/2020) |
| 4th Circuit Court of Appeals | No Bar # | (06/18/2020) |
| Central District of Illinois | No Bar # | (06/19/2020) |
| 1st Circuit Court of Appeals | 1194916 | (06/22/2020) |
| 6th Circuit Court of Appeals | No Bar # | (07/06/2020) |
| District of North Dakota | No Bar # | (07/08/2020) |
| District of Nebraska | No Bar # | (07/09/2020) |
| 10th Circuit Court of Appeals | No Bar # | (07/15/2020) |

| | | |
|---|---|---|
| Southern District of Indiana | 5054465 | (07/22/2020) |
| District Court for the District of D.C. | NY0332 | (07/22/2020) |
| 8th Circuit Court of Appeals | 20-0228 | (07/30/2020) |
| Northern District of Indiana | No Bar # | (08/13/2020) |
| Northern District of Oklahoma | No Bar # | (08/13/2020) |
| Eastern District of Texas | No Bar # | (08/17/2020) |
| Western District of Oklahoma | No Bar # | (08/18/2020) |
| Southern District of Texas | NY5054465 | (08/24/2020) |
| Western District of Pennsylvania | No Bar # | (08/25/2020) |
| 7th Circuit Court of Appeals | No Bar # | (09/24/2020) |
| Eastern District of Tennessee | No Bar @ | (12/18/2020) |
| District of Maryland | 30787 | (08/11/2023) |
| Northern District of Ohio | NY5054465 | (06/21/2021) |

Dated: August 13, 2024

New York, New York

Respectfully Submitted,

EISENBERG & BAUM, LLP

By: _____
Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
ARozynski@eandblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | Civil Action |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | No.: |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | Civil Action |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | No.: |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

**City of Easton**: 123 South Third Street, Easton, PA 18042
**Easton Police Department**: 46 Lothrop St. North Easton, MA 02356
**Officer Matthew Snyder**: 46 Lothrop St. North Easton, MA 02356
**Easton Hospital**: 801 Ostrum St. Bethlehem, PA 18015
**Northampton County**: 669 Washington Street Easton, PA 18042
**Northampton County Department of Corrections**: 669 Washington Street Easton, PA 18042
**Northampton County Assistant District Attorney Robert Eyer**: 669 Washington Street Easton, PA 18042

_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(Name of Moving Party)

_____
(Date)