IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX VEMAN, | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| CITY OF EASTON et al, | : | No.: 5:25-cv-00291 |
| | : | |

ORDER

AND NOW, this  28th  day of  January  2024 , it is hereby

ORDERED that the application of  Andrew Rozynski                          , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑    GRANTED.[1]

☐    DENIED.

/s/ Jeffrey L. Schmehl
_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.