**DICKIE, MCCAMEY & CHILCOTE, P.C.**
By:  Candy Barr Heimbach, Esquire
Identification No. 43995
By:  Kevin H. Conrad, Esquire
Identification No.  312209
190 Brodhead Road, Suite 300
Bethlehem, PA 18017
(484) 510-7700
cbheimbach@dmclaw.com
kconrad@dmclaw.com

**Counsel for Defendant:**
St. Luke's Hospital – Anderson Campus
(incorrectly identified as "Easton Hospital")

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN,<br><br>          Plaintiff<br><br>   v.<br><br>CITY OF EASTON, EASTON POLICE DEPARTMENT, OFFICER MATTHEW SNYDER, in his individual and official Capacities, EASTON HOSPITAL, NORTHAMPTON COUNTY, NORTHAMPTON COUNTY DEPARTMENT OF CORRECTIONS, and NORTHAMPTON COUNTY ASSISTANT DISTRICT ATTORNEY ROBERT EYER, in his individual and official capacities,<br><br>          Defendants | No.: 5:25-cv-00291-JLS<br><br>JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Defendant, **ST. LUKE'S HOSPITAL – ANDERSON CAMPUS (incorrectly identified as "EASTON HOSPITAL"),** only.

**DICKIE, McCAMEY & CHILCOTE**

*/s/ Candy Barr Heimbach*

Dated:  February 5, 2025          BY: _____
Candy Barr Heimbach, Esquire
Attorney for Defendant, St. Luke's Hospital -
Anderson Campus (incorrectly identified as
Easton Hospital)

**DICKIE, MCCAMEY & CHILCOTE, P.C.**
By:  Candy Barr Heimbach, Esquire
Identification No. 43995
By:  Kevin H. Conrad, Esquire
Identification No.  312209
190 Brodhead Road, Suite 300
Bethlehem, PA 18017
(484) 510-7700
cbheimbach@dmclaw.com
kconrad@dmclaw.com

**Counsel for Defendant:**
St. Luke's Hospital – Anderson Campus
(incorrectly identified as "Easton Hospital")

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN, : | |
| : | No.: 5:25-cv-00291-JLS |
| Plaintiff : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| CITY OF EASTON, EASTON POLICE DEPARTMENT, OFFICER MATTHEW SNYDER, in his individual and official Capacities, EASTON HOSPITAL, NORTHAMPTON COUNTY, NORTHAMPTON COUNTY DEPARTMENT OF CORRECTIONS, and NORTHAMPTON COUNTY ASSISTANT DISTRICT ATTORNEY ROBERT EYER, in his individual and official capacities, : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of Defendant's **ENTRY OF APPEARANCE** in the above-captioned matter this date via electronic mail transmission as follows:

|  |  |
|---|---|
| Andrew Rozynski, Esquire<br>**EISENBERG & BAUM LLP**<br>24 Union Square East, PH<br>New York, NY 10003<br>arozynski@eandblaw.com<br>*Attorney for the Plaintiffs* | Mary Vargas, Esquire<br>**STEIN & VARGAS LLP**<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>mary.vargas@steinvargas.com<br>*Attorney for the Plaintiffs* |

Dated: February 5, 2025      BY: *[signature: Candy Barr Heimbach]*

**DICKIE, McCAMEY & CHILCOTE**

Candy Barr Heimbach, Esquire
Attorney for Defendant, St. Luke's Hospital -
Anderson Campus (incorrectly identified as
Easton Hospital)