IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : |
| CITY OF EASTON, EASTON POLICE DEPARTMENT, OFFICER MATTHEW SNYDER, EASTON HOSPITAL, NORTHAMPTON COUNTY, NORTHAMPTON COUNTY DEPARTMENT OF CORRECTIONS, and NORTHAMPTON COUNTY ASSISTANT DISTRICT ATTORNEY ROBERT EYER, | : DOCKET NO. 25-CV-00291 |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of David J. MacMain of MacMain Leinhauser PC as counsel on behalf of Defendants, City of Easton, Easton Police Department, and Officer Matthew Snyder in the above-referenced matter.

                                                                          **MacMAIN LEINHAUSER PC**

Date: February 6, 2025        By:    */s/ David J. MacMain*
                                                           David J. MacMain
                                                           PA Attorney I.D. No. 59320
                                                           433 W. Market Street, Suite 200
                                                           West Chester, PA 19382
                                                           *Counsel for City of Easton, Easton Police Department, and Officer Matthew Snyder*

## **CERTIFICATE OF SERVICE**

I, David J. MacMain, hereby certify that on this 6th day of February, 2025, a copy of the foregoing *Entry of Appearance* was served upon the following via ECF Notification:

Andrew Rozynski, Esq.
Eisenberg & Baum, LLP
24 Union Square East, PH
New York, NY 10003
*Pro Hac Vice Counsel for Plaintiff*

Mary Vargas, Esq.
Stein & Vargas, LLP
1717 K Street NW, Ste 900
Washington DC 20006
*Counsel for Plaintiff*

Candy Barr Heimbach, Esq.
Kevin H. Conrad, Esq.
Dickie, McCamey & Chilcote, P.C
190 Brodhead Road
Suite 310
Bethlehem, PA 18017
*Counsel for St. Luke's Hospital –
Anderson Campus*

**MacMAIN LEINHAUSER PC**

Date: February 6, 2025      By:   */s/ David J. MacMain*
David J. MacMain
PA Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
*Counsel for City of Easton, Easton Police
Department, and Officer Matthew Snyder*