IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN | : CIVIL ACTION |
| | : |
| v. | : NO. 5:25-cv-00291-JLS |
| | : |
| CITY OF EASTON, ET AL. | : |

**O R D E R**

**AND NOW,** this 26th day of August, 2025, it is **ORDERED** that:

1. Defendant Northampton County's motion to dismiss [Doc. 27] is **DENIED**.
2. Defendant City of Easton's motion to dismiss [Doc. 32] is **DENIED.**
3. The Court will set dates for completion of discovery during the telephonic status conference on August 29, 2025.
4. Defendant St. Luke's Hospital's motion to dismiss [Doc. 34] is **DENIED as moot.**
5. Pursuant to the Notice of Plaintiff Alex Veman that he has accepted the Rule 68 Offer of Judgment dated August 13, 2025, from Defendants St. Luke's Hospital – Anderson Campus and St. Luke's Health Network, Inc. (collectively, "the St. Luke's Defendants") (Doc. 43), judgment is **ENTERED** in favor of Plaintiff Alex Veman and against St. Luke's Hospital – Anderson Campus and St. Luke's Health Network, Inc., jointly and severally, in the amount of ten thousand dollars ($10,000). This amount constitutes full satisfaction of any and all damages that have been or are claimed by Plaintiff with respect to his claims against the St. Luke's Defendants.
6. Plaintiff's counsel may file a motion for attorneys fees and costs by September 19, 2025.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**