**NEWMAN | WILLIAMS**

A PROFESSIONAL CORPORATION

| | |
|---|---|
| BY: Gerard J. Geiger, Esq. | Attorney for Defendants, Northampton County, |
| IDENTIFICATION NO. 44099 | Northampton County Department of Corrections, and |
| LAW OFFICES | Northampton County Assistant District Attorney |
| 712 MONROE STREET | Robert Eyer |
| STROUDSBURG, PA 18360-0511 | |
| (570) 421-9090 (voice) | |
| (570) 424-9739 (fax) | |
| ggeiger@newmanwilliams.com | |

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN, <br>         Plaintiff, <br> <br> v. <br> <br> CITY OF EASTON, et al., <br>         Defendants. | Civil No.: 5:25-CV-00291 |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Northampton County Assistant District Attorney Robert Eyer ("ADA Eyer") appeals to the United States Court of Appeals for the Third Circuit from the August 26, 2025 Order [ECF 44] denying ADA Eyer's Motion to Dismiss Plaintiff Alex Veman's Complaint on the basis of absolute and qualified immunity.[1]

NEWMAN | WILLIAMS

By: s/Gerard J. Geiger, Esq.

Date: August 28, 2025

---

[1] The denial of absolute and qualified immunity is immediately appealable under the collateral order doctrine, as the finding of immunity constitutes an entitlement not to stand trial. *Mitchell v. Forsyth*, 472 U.S. 511 (1985); *Mazuka v. Rice Twp. Police Dep't*, 655 F. App'x 892, 894 (3d Cir. 2016).

1

Certificate of Service

I hereby certify that on this date, a copy of this document was served on all counsel for the parties via the Court's ECF system.

NEWMAN | WILLIAMS

By: s/Gerard J. Geiger, Esq.

Date: August 28, 2025