IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX VEMAN,<br>    Plaintiff,<br><br>  v.<br><br>CITY OF EASTON, *et al.*,<br>    Defendants. | Civil No. 5:25-cv-00291-JLS |

### ORDER

**AND NOW**, this 25th day of November, 2025, the Court announces that if this case were remanded from the United States Court of Appeals for the Third Circuit, the Court would be inclined to grant the outstanding Rule 60(b)(1) motion and clarify that the portion of the Court's Order of August 26, 2025 denying the Northampton County's motion to dismiss applied **only** to Defendants Northampton County and Northampton Department of Corrections and not to Defendant ADA Robert Eyer, thereby obviating the need for an appeal by ADA Eyer. Upon remand, the Court would then independently consider ADA Eyer's motion to dismiss the Amended Complaint as to him in his individual capacity based on absolute and qualified immunity and in his official capacity based on the Eleventh Amendment.

Counsel for Northampton ADA Robert Eyer shall immediately notify the promptly notify the circuit clerk of this Court's ruling under Fed. R. App. P. 12.1.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**