**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALEX VEMAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-00291-JLS |
| | : | |
| CITY OF EASTON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   8th  day of April, 2026, pursuant to the Order from the Court of Appeals for the Third Circuit, remanding this matter for the limited purposes of considering Defendant Robert Eyer's motion to dismiss based on absolute immunity, qualified immunity, and Eleventh Amendment immunity [ECF 64]**,** it is hereby **ORDERED** that:

1. The motion of Defendant Assistant District Attorney Robert Eyer for Rule 60(b) relief [Doc. 57] is **GRANTED**.

2. The portion of this Court's Order entered on August 26, 2025, denying the Northampton County Defendants' motion to dismiss [ECF 44] is **VACATED**.

3. The motion to dismiss for failure to state a claim of Defendants Northampton County, Northampton County Department of Corrections and Northampton County Assistant District Attorney Robert Eyer [ECF 27] is **GRANTED** in part and **DENIED** in part**.**

4. The motion [ECF 27] is **GRANTED** as to Defendant Northampton County Assistant District Attorney Robert Eyer.

5. All claims against Defendant Assistant District Attorney Robert Eyer in his individual and official capacities are **DISMISSED** with prejudice.

6.  The motion [ECF 27] is **DENIED** as to Defendants Northampton County and Northampton County Department of Corrections.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**
